IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DAVIS HINES,

    Plaintiff,

v.                                                                                            No. 14-1266

D&S RESIDENTIAL SERVICES,
*et al.*,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING DISCRIMINATION CLAIMS
AND DIRECTING CLERK TO ISSUE PROCESS ON REMAINING RETALIATION CLAIM

---

        The Plaintiff, Davis Hines, initially brought this *pro se* action on October 7, 2014 alleging retaliation and discrimination based on race and gender in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* (D.E. 1.) On May 7, 2015, United States Magistrate Judge Edward G. Bryant directed Plaintiff to amend his complaint in order to cure certain insufficiencies therein. (D.E. 6.) An amended pleading was filed on June 5, 2015. (D.E. 9.) In a report and recommendation entered June 29, 2015, the magistrate judge recommended that Hines' discrimination claims be dismissed and the retaliation claim be permitted to proceed. (D.E. 10.) Judge Bryant also recommended that service be issued.

        As no objections have been filed and upon review of the record, the report and recommendation is hereby ADOPTED in its entirety. Accordingly, the Plaintiff's discrimination claims are DISMISSED. The Clerk is DIRECTED to issue process for the Defendants named in the amended complaint and to deliver such process to the United States Marshal for service.

IT IS SO ORDERED this 20th day of July 2015.

                                                  <u>s/ J. DANIEL BREEN</u>
                                                  CHIEF UNITED STATES DISTRICT JUDGE